IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JOHN NATHANIEL BABB,   )
                       )
        Petitioner,    )
                       )
v.                     )     Civil Action No. 3:17CV361–HEH
                       )
ERIC D. WILSON,        )
                       )
        Respondent.    )

## ORDER
**(Adopting Report and Recommendation and Dismissing Action)**

In accordance with the accompanying Memorandum Opinion, it is hereby

ORDERED that:

1. The Report and Recommendation (ECF No. 9) is ACCEPTED and ADOPTED;
2. Respondent's Motion for Summary Judgment (ECF No. 5) is GRANTED;
3. Babb's § 2241 Petition (ECF No. 1) is DENIED;
4. Babb's claims and the action are DISMISSED; and
5. A certificate of appealability is DENIED.

Should Babb desire to appeal, a written notice of appeal must be filed with the Clerk of the Court within sixty (60) days of the date of entry hereof. Failure to file a notice of appeal within that period may result in the loss of the right to appeal.

The Clerk is DIRECTED to send the Memorandum Opinion and Order to Babb and counsel of record.

It is so ORDERED.

Date: Dec 19 2017
Richmond, Virginia

/s/
HENRY E. HUDSON
UNITED STATES DISTRICT JUDGE